No. 489.   DURLEY v. MAYO, PRISON CUSTODIAN.   Certiorari, 350 U. S. 872, to the Supreme Court of Florida. It is ordered that *Neal Rutledge, Esquire,* of Miami, Florida, be appointed to serve as counsel for the petitioner in this case.

No. 439.   JOSLYN v. FISHER.   C. A. 7th Cir.   Certiorari denied.   Motion for damages also denied.   *Alvin Glen Hubbard* for petitioner.   *Gerald G. Barry* for respondent.

No. 442.   COLE v. YOUNG ET AL., MEMBERS OF THE U. S. CIVIL SERVICE COMMISSION, ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Folsom, present Secretary of Health, Education, and Welfare, substituted for Hobby, resigned.   Certiorari granted. *Osmond K. Fraenkel, David I. Shapiro* and *James H. Heller* for petitioner.   *Solicitor General Soboloff, Assistant Attorney General Burger* and *Paul A. Sweeney* for respondents.

No. 377.   EASTERN SUGAR ASSOCIATES (A TRUST) v. PEÑA.   C. A. 1st Cir.   Certiorari denied.   *Earle T. Fiddler* for petitioner.

No. 405.   GRIMES & HAUER, INC. v. POLLOCK ET AL. Supreme Court of Ohio.   Certiorari denied.   *Welles K. Stanley* for petitioner.   *Mortimer Riemer* for respondents.